IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEE D. CRAYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNNAMED DEFENDANT,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:15-CV-716-TWT |

**ORDER**

This is a pro se prisoner mandamus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 13 day of April, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Crayton\r&r.wpd